IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PARLANTE,

    Plaintiff,

vs.

S. BOULANGER, et al.,

    Defendants.
_____/

No. CIV S-11-1709 JAM DAD PS

ORDER VACATING STATUS (PRETRIAL SCHEDULING) CONFERENCE

On August 26, 2011, the court heard argument on defendant Boulanger's properly noticed motion to quash or dismiss for insufficient service of process.[1]  The motion was granted in part, as set forth on the record at the hearing.  Good cause appearing, the Status (Pretrial Scheduling) Conference set in this matter for **October 14, 2011** is vacated, and the parties are not required to file status reports.  The Clerk is directed to serve this order on plaintiff at his address of record and also c/o Satoko Parlante at 2305 Creekview Dr., Merced, CA 95340.

    IT IS SO ORDERED.

DATED: August 26, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\parlante1709.ovsc

---

[1] The pro se plaintiff failed to appear at the hearing.